UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE M. DAVIS,<br><br>               Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>               Defendant. | No.  CV-12-501-JPH<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings, **ECF No. 19**, pursuant to sentence four of 42 U.S.C. § 405(g).

Maureen J. Rosette represents plaintiff. Special Assistant United States Attorney Mathew W. Pile represents defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6.

After considering the stipulated motion, ECF No. 19, **IT IS ORDERED** that the **motion is GRANTED. The case is REMANDED** pursuant to sentence **four** of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS FURTHER ORDERED:

1. The parties' stipulated motion for an order of remand pursuant to sentence four, ECF No. 19, is **GRANTED.**

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

2. On remand the ALJ will reassess the medical evidence and, if necessary, obtain supplemental evidence from a medical expert. The ALJ will also consider the additional evidence that was submitted with the request for review. The ALJ will also reassess plaintiff's residual functional capacity using vocationally relevant terms. Finally, the ALJ will reassess whether plaintiff could perform her past relevant work, and as necessary, complete the rest of the sequential evaluation process including drug and alcohol addiction evaluation.

3. The District Court Executive is directed to enter this Order, enter judgment for plaintiff, forward copies to the parties and CLOSE the file.

**IT IS SO ORDERED**.

**DATED** this 10th day of April, 2013.

*s/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2