# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

STEPHANIE M. DAVIS,  )
    Plaintiff,  )
    v.  )  NO. CV-12-501-JPH
CAROLYN W. COLVIN,  )  **JUDGMENT IN A CIVIL CASE**
Commissioner of Social Security,  )
    Defendant.  )

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

DATED: April 10, 2013

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk